| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Lowell Quincy Green, §
    Petitioner, §
§
v. §
§ Civil Action H-20-2585
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On April 28, 2021, Magistrate Judge Peter Bray recommended that the court deny Lowell Quincy Green's petition for writ of habeas corpus. (22) Green filed objections. (23) The court denies Green's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on May 28, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge